1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9                  FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11   RANDALL PARKER,                         No.  2:22-CV-1838-KJM-DMC-P
12              Plaintiff,
13        v.                                 ORDER
14   GARY REDMAN, et al.,
15              Defendants.
16

17       Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C.
18   § 1983.  The matter was referred to a United States Magistrate Judge as provided by Eastern
19   District of California local rules.
20       On October 11, 2023, the Magistrate Judge filed findings and recommendations, which
21   were served on the parties, and which contained notice that the parties may file objections within
22   the time specified therein.  No objections to the findings and recommendations have been filed.
23       The court presumes that any findings of fact are correct.  *See Orand v. United States*,
24   602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed
25   de novo.  *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law
26   by the magistrate judge are reviewed de novo by both the district court and [the appellate] court
27   . . . .").  Having reviewed the file, the court finds the findings and recommendations to be
28   supported by the record and by the proper analysis.

                                        1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed October 11, 2023, are adopted in full.

2. This action is DISMISSED without prejudice for lack of prosecution and failure to comply with court rules and orders.

3. The Clerk of the Court is directed to enter judgment and close this file.

DATED: January 11, 2024.

CHIEF UNITED STATES DISTRICT JUDGE